AUSA: Patricia M. Reville

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7:26-mj-1270

UNITED STATES OF AMERICA

v.

DEAN TULIPANE,

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. § 875(c)

COUNTY OF OFFENSE:
PUTNAM

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOHN NEAS, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Threatening Interstate Communication)

1. On or about March 23, 2026, in the Southern District of New York and elsewhere, DEAN TULIPANE, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, TULIPANE posted a video to an online video-sharing platform threatening to assault and kill a federal judge.

(Title 18, United States Code, Section 875(c).)

The bases for my knowledge and for the foregoing charge is, in part, as follows:

2. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately fifteen years. For those fifteen years, I have been assigned to the Joint Terrorism Task Force.

3. On or about February 11, 2026, the FBI received a tip from an individual ("Individual-1") with information related to DEAN TULIPANE, the defendant. FBI agents interviewed Individual-1 and Individual-1 provided copies of emails exchanged with TULIPANE. Individual-1 expressed concern about TULIPANE's recent video posts to an online video-sharing platform that is accessible to the public over the internet (the "Video-Sharing Platform"). Individual-1 told the FBI agents that TULIPANE was the user of an account on the Video-Sharing Platform with the username "Sound4Sound." Individual-1 stated that she thought TULIPANE could be dangerous and that he was trying to incite violence in his over 600 followers on the Video-Sharing Platform.

4. Based on my review of records obtained from the Video-Sharing Platform, the "Sound4Sound" account has an associated email address of TulipaneDean@sound4sound.com

and the email address was verified using IP address 108.54.80.17 (the "IP Address"). The Video-Sharing Platform's address information for the "Sound4Sound" account is a residence in Carmel, New York (the "Carmel Residence"). Based on my review of records obtained from Verizon, the IP Address is registered in the name of Individual-2, with the Carmel Residence as the account address. I understand that Individual-2 is the father of DEAN TULIPANE, the defendant.

5.    Based on my review of information provided by Individual-1, videos posted to the Video-Sharing Platform from the "Sound4Sound" account, and statements made by DEAN TULIPANE, the defendant, to government offices and agencies, I understand that DEAN TULIPANE, the defendant, has stated that he believes he is tracking child trafficking, cannibal rings, and misconduct of government officials related to Jeffrey Epstein,[1] and that TULIPANE has made statements in support of violence against government officials, to include United States Senator Amy Klobuchar and President Donald J. Trump.

6.    Based on my review of public postings from the "Sound4Sound" account to the Video-Sharing Platform, I am aware that on or about March 23, 2026, at approximately 3:28 p.m., DEAN TULIPANE, the defendant, hosted a livestream session on the Video-Sharing Platform and then posted a recording of the livestream to the Video-Sharing Platform, where it remains publicly available (the "March 2026 Video"). The user of the "Sound4Sound" account also responded to what appeared to have been live comments from other individuals watching the video while it was being livestreamed. In the March 2026 Video:

a.    At approximately 00:33:26, TULIPANE stated, "we should be fucking furious, we should be so fucking angry they tried to pull this stunt over all humanity. That we're ripping politicians out of their homes in the middle of the night and noose-ing em. That's the kinda level of anger that I wanna see spark out of this investigation, I wanna see people fucking get really angry about it, and do something and eventually I will."

b.    At approximately 00:36:58, TULIPANE stated, "it's time to show some balls and tell the government, yo we know you were up to no good on that island either come out flat out or we're gonna start fucking killing politicians. Red and blue alike, I don't care. It doesn't matter to me your party affiliation. If you were in the government and you helped cover this shit up in any capacity you need to fucking die."

c.    At approximately 00:37:36, TULIPANE stated, "let the judges say we aren't smart enough or its too sensational for the American people to know who was trafficking kids to Ghislane Maxwell? No. The correct answer is to drag that judge bitch ass out of her fucking house and hang her from the fucking lamppost."

d.    At approximately 00:42:31, TULIPANE stated, "if they are running away from little old Dean, the schizo, on the internet with a [Video-Sharing Platform] channel that has about 700 followers, imagine how fucking scared they would be if somebody who actually had pull went viral with the shit that I talk about."

---

[1] Jeffrey Epstein, now deceased, was previously arrested on or about July 8, 2019, after Epstein was indicted for federal offenses of sex trafficking of minors and conspiracy to commit sex trafficking of minors.

7.      Based on my investigation, I believe that DEAN TULIPAINE's, the defendant's, statements in the March 2026 Video were, in part, directed at the Hon. Alison J. Nathan, United States Circuit Judge, Second Circuit Court of Appeals, including for the following reasons:

a.      I understand TULIPANE's reference to "that judge," as set forth above in Paragraph 6(c), to refer to Judge Nathan, who has served on the Second Circuit Court of Appeals since in or about March 2022.  Prior to that, Judge Nathan served for approximately ten years as a United States District Court Judge for the Southern District of New York.  Judge Nathan presided over *United States v. Ghislaine Maxwell*, 20 Cr. 330 (AJN) (S.D.N.Y. 2020).

b.      On or about December 29, 2021, Ghislaine Maxwell was found guilty of conspiracy to entice minors to travel to engage in illegal sex acts, conspiracy to transport minors to participate in illegal sex acts, transporting a minor to participate in illegal sex acts, sex trafficking conspiracy, and sex trafficking of a minor.  These charges related to Ghislaine Maxwell's conspiracy with Jeffrey Epstein to sexually abuse minors.

c.      As set forth in Paragraph 6(c), above, in the March 2026 Video, TULIPANE stated, "let the judges say we aren't smart enough or its too sensational for the American people to know who was trafficking kids to Ghislane Maxwell."  I understand TULIPANE's reference to "too sensational," to refer to an order that Judge Nathan issued on March 18, 2021, regarding redactions in the Maxwell case, Dkt. No. 168, *United States v. Maxwell*, 20 Cr. 330 (AJN) (the "March 18, 2021 Order").  In the March 18, 2021 Order, Judge Nathan adopted Maxwell's proposed additional redactions because they "concern privacy interests and their disclosure would merely serve to cater to a craving for that which is sensational and impure." *Id.* (cleaned up). Judge Nathan's order was well publicized in the media.[2]

8.      On or about April 2, 2026, the Honorable Timothy Curtiss, Town Justice for the Town of Kent, New York, issued a search warrant (the "State Search Warrant") for the Carmel Residence.  On or about the same day, the Honorable Victor G. Grossman, Supreme Court Justice for the Supreme Court of the State of New York, Putnam County, issued a temporary extreme risk protection order under New York State Civil Practice Law & Rules Section 6342, against DEAN TULIPANE, the defendant (the "TERPO").

9.      On or about April 2, 2026, I interviewed Individual-2 (DEAN TULIPANE's, the defendant's, father).  Based on that discussion, I understand that TULIPANE resides at the Carmel Residence.  According to Individual-2, TULIPANE spends his free time at home and on his computer.  Additionally, TULIPANE has a vehicle registered in his name (the "Vehicle").  Based on my review of license plate reader reports, the Vehicle's license plate was identified in this District multiple times from on or about March 17, 2026 through on or about March 21, 2026, and from on or about March 24, 2026 through on or about March 25, 2026.  The Vehicle's license plate was not identified by license plate readers outside of this District from on or about March 17, 2026 through on or about March 25, 2026.

---

[2] *See, e.g.,* The Times, https://www.thetimes.com/uk/royal-family/article/ghislaine-maxwells-private-life-will-be-kept-out-of-the-public-eye-says-judge-7hwh67mxt; Telegraph, https://www.telegraph.co.uk/news/2021/03/19/ghislaine-maxwell-judge-redacts-private-information-saying-would/; New York Post, https://nypost.com/2021/03/18/judge-says-ghislaine-maxwell-case-details-too-sensational-and-impure-for-public/

3

10.     Based on my discussions with a USSS agent, I understand that on or about October 28, 2025, that a USSS agent attempted to interview DEAN TULIPANE, the defendant, over the phone about certain prior social media posts, and that the agent believes that the voice from the October 28 call with TULIPANE resembles the voice on the March 23 Video.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of DEAN TULIPANE, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.


/s/ John Neas (by VR with permission)
JOHN NEAS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION


Sworn to me through the transmission of
this Complaint by reliable electronic
means (Microsoft Teams), this 10th day of April, 2026.


THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

4